533 A.2d 89

**Rose LUONGO and John Luongo, Appellants,**

v.

**PUBLIC AUDITORIUM AUTHORITY OF PITTSBURGH AND ALLEGHENY COUNTY, a corporation, doing business as Civic Arena—Pittsburgh, Pennsylvania; ARA Services, Inc., ARA Leisure Service, Inc., and Araserv, Inc.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1987.

Decided Nov. 2, 1987.

Joseph P. Moschetta, Janet Moschetta Bell, Joseph P. Moschetta and Associates, Washington, for appellants.

Richard J. Schubert, Pittsburgh, for amicus curiae Pennsylvania Trial Lawyers Ass'n.

Eric N. Anderson, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for ARA Services, ARA Leisure Service, Inc. and Araserve, Inc.

Richard L. McMillan, Pittsburgh, for Public Auditorium Authority of Pittsburgh and Allegheny County, etc.

Zan Ivan Hodzic, Asst. City Sol., Pittsburgh, for amici curiae City of Pittsburgh.

Miriam B. Brenaman, Asst. City Sol., Philadelphia, for City of Philadelphia.

Thomas L. Wenger, Wix, Wenger & Weidner, Harrisburg, for Members of the Local Government Conference.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

492

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. *See Johnson v. Southeastern Pennsylvania Transportation Authority,* 516 Pa. ——, 532 A.2d 409 (1987); *Chevalier v. City of Philadelphia,* 516 Pa. ——, 532 A.2d 411 (1987); *Mascaro v. Youth Study Center,* 514 Pa. 351, 523 A.2d 1118 (1987).

Former HUTCHINSON, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents for the reasons set forth in his dissenting opinions in *Johnson v. Southeastern Pennsylvania Transportation Authority,* 516 Pa. 312, 532 A.2d 409 (1987); *Chevalier v. City of Philadelphia,* 516 Pa. 316, 532 A.2d 411 (1987); and *Mascaro v. Youth Study Center,* 514 Pa. 351, 523 A.2d 1118 (1987).